# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2013

146344

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

FREDERICK DEBER WILLIAMS,
     Defendant-Appellant.

SC: 146344
COA: 311602
Jackson CC: 11-004850-FH

_____/

     On order of the Court, the application for leave to appeal the August 28, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2013

_____
Clerk

p0515